# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORYI PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. ARVIZA,<br><br>　　　　Respondent. | Case No. 1:23-cv-01341-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION REQUESTING COPY OF MOTION TO DISMISS AND GRANTING PETITIONER EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS<br><br>(ECF No. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND COPY OF MOTION TO DISMISS (ECF No. 10) TO PETITIONER |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 28, 2023, Respondent filed a motion to dismiss. (ECF No. 10.) On December 18, 2023, the Court received the instant motion wherein Petitioner requests the Court to send him a copy of the motion to dismiss as he never received it. (ECF No. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion requesting copy of motion to dismiss (ECF No. 11) is GRANTED;
2. The Clerk of Court is DIRECTED to send a copy of the motion to dismiss (ECF No. 10) to Petitioner;

///

3. Within **TWENTY-ONE (21) days** of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and

4. Any reply to an opposition to the motion to dismiss SHALL be filed within **FOURTEEN (14) days** after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated:   **December 20, 2023**

UNITED STATES MAGISTRATE JUDGE